CLOSED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

United States of America, Plaintiff,

vs.

Karina Garcia-Estrada

Defendant.

CASE NUMBER 08-15296M-SD

**WAIVER OF REMOVAL HEARING**

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the District of Arizona.

DATED this 21st day of February, 2008.

X Karina Garcia E.
Defendant

Attorney for the Defendant